620

J. *Graham Sale, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 4, 1972:

Judgment is vacated and the record is remanded to the trial Court for further consideration of the post-trial motions filed in that Court in light of *Commonwealth v. Futch,* 447 Pa. 389, 290 A. 2d 417 (1972).

Commonwealth *v.* Brooks, Appellant.

Argued May 2, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*R. Philip Steinberg*, with him *Drinker, Biddle & Reath*, for appellant.

*Judith Dean*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 4, 1972:
Order affirmed.

Goss *v.* Rafalko, Appellant.

Argued April 27, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.